389 A.2d 174

Commonwealth v. Martinez, Appellant.

Submitted March 14, 1977. H. Stanley Rebert, Assistant Public Defender, for appellant; Floyd P. Jones, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 174

Commonwealth v. Mason, Appellant.

Submitted December 6, 1974. Richard Farber, Assistant Defender, and Vincent J. Ziccardi, Defender, for appellant; Harry M. Spaeth, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.